THE TAMPA ELECTRIC COMPANY, A CORPORATION UNDER THE LAWS OF FLORIDA, APPELLANT, VS. THE CITY OF TAMPA, A MUNICIPAL CORPORATION UNDER THE LAWS OF FLORIDA, APPELLEE.

This cause was decided by Division B.

MAXWELL, J.

This case is similar to that of the Tampa Gas Company v. City of Tampa, decided at this term, and controlled by the decision in that case.

It is ordered that the decree of the court below be affirmed, without prejudice, however, to the right of appellant to file such other bill as it may be advised.